UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELECTRICAL WORKERS' INSURANCE FUND, et al.,

    Plaintiffs,

vs.
                              Case No. 10-CV-10897
                              HON. GEORGE CARAM STEEH

APPLIED BUILDING TECHNOLOGIES, INC., et al.,

    Defendants.

_____/

### ORDER GRANTING PLAINTIFFS' MOTION FOR ALTERNATE SERVICE UPON DEFENDANT APPLIED BUILDING TECHNOLOGIES, INC. (# 5)

Plaintiffs move for alternative service to be made upon defendant Applied Building Technologies, Inc., a/k/a Applied Building Technologies, and a/k/a Securtec Electronics Systems, Inc. (collectively "Allied"), proffering a process server's verified statement that personal service was attempted six times upon Allied's resident agent, without success, at Allied's business office at 1636 W. Fort Street, Detroit, Michigan, 48216-1915.

Service upon a corporation situated within this federal judicial district may be made pursuant to the law of Michigan. Fed. R. Civ. P. 4(h)(1). Michigan law provides that "[o]n a showing that service of process cannot reasonably be made as provided by this rule, the court may by order permit service of process to be made in any other manner reasonably calculated to give the defendant actual notice of the proceedings and an opportunity to be heard." M.C.R. 2.105(I)(1). Plaintiffs seek alternate service upon Allied by means of affixing copies of the summons, complaint, and this order to the front door of Allied's

business office, or by mailing a copy of the documents by regular mail to Allied's business office and leaving a copy of the documents with any "responsible adult" at that location.

Having considered the motion and supporting documents, plaintiffs' motion for alternate service is hereby GRANTED to the extent that alternate service shall be accomplished by means of first class mail and certified mail (return receipt requested), as well as by posting a copy of the summons, complaint, and a copy of this Order at 1636 W. Fort Street, Detroit, Michigan, 48216-1915.

SO ORDERED.

Dated: April 7, 2010

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
April 7, 2010, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk