UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

ELECTRICAL WORKERS' INSURANCE
FUND, *et al*,

    Plaintiffs,

v

APPLIED BUILDING TECHNOLOGIES,
INC., a/k/a APPLIED BUILDING
TECHNOLOGIES and a/k/a SECURTEC
ELECTRONICS SYSTEMS, INC.,

    Defendant.

                                            /

Case No. 10-10897

Hon. George Caram Steeh

ORDER FOR EXAMINATION OF JUDGMENT
DEBTOR AND RESTRAINING TRANSFER OF CERTAIN
PROPERTY SUPPLEMENTARY TO JUDGMENT

**David St. Germain**

THIS MATTER having come before this Court on Plaintiffs' Motion for Examination of Judgment Debtor and Restraining Transfer of Certain Property Supplementary to Judgment, and said motion having been duly filed along with a supporting Affidavit and Brief, and the Court having reviewed the same and being fully advised in the premises;

NOW THEREFORE;

IT IS HEREBY ORDERED that David St. Germain, as officer and director of the corporation) ("Defendant"), whose address is 6500 Roosevelt Ave., Allen Park, Michigan 48101, appear at the law offices of Erman, Teicher, Miller, Zucker & Freedman, P.C., 400 Galleria Officentre, Ste. 444, Southfield, Michigan 48034, on **September 17, 2013 at 10:30 a.m.,** to be

examined under oath concerning the income, property, or other means of satisfying the Amended Consent Judgment entered herein against Defendant on October 4, 2010.

IT IS FURTHER ORDERED that said person shall bring with him the following books, records, and papers in his possession, custody or control as they relate to Defendant Applied Building Technologies, Inc., a/k/a Applied Building Technologies and a/k/a Securtec Electronics Systems, Inc.:

1. All checkbooks, check registers, check stubs, canceled checks, bank statements and other documents whatsoever relating to any deposit, savings, passbook or like account maintained with a bank, savings and loan association, credit union or like organization, in which Defendant has, or has had, any interest, at any time during the one (1) year immediately preceding the date hereof, or date of cessation of business, whichever is earlier;

2. Copies of all returns, schedules and forms filed by, or on behalf of, Defendant with the Internal Revenue Service, State of Michigan, and any municipal governments, relating to any income received, property owned, business activities, sale or intangibles tax, of Defendant at any and all times during the period one (1) year preceding the date hereof or date of cessation of business, whichever is earlier;

3. All books of account and accounts receivable ledgers; and

4. List of assets and liabilities.

IT IS FURTHER ORDERED that said Defendant, Applied Building Technologies, Inc., a/k/a Applied Building Technologies and a/k/a Securtec Electronics Systems, Inc., and its officers, directors, employees and agents, and any third party who is served with a true and entered copy of this Order, are restrained from transferring or disposing of any property of Defendant, whether now owned, or hereafter acquired by, or becoming due to Defendant, until

further order of this Court. This order does not apply to property exempt by law from application to the satisfaction of the judgment.

                                                                           s/George Caram Steeh
                                                                           United States District Judge

Dated: August 6, 2013